# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2014

## NO. 03-13-00679-CV

**Daniel R. Gonzalez, Appellant**

**v.**

**Chris Barney and Sarah Barney, Appellees**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on September 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a new trial on the reasonable value of Daniel R. Gonzalez's legal services performed on Sarah Barney's behalf. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.